1
2
3                                                      J S - 6
4
5
6
7
8                     UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10
11   RHONDA E. G.,                       Case No. 8:20-CV-01423 (KES)
12            Plaintiff,
13       v.                              **JUDGMENT**
14   ANDREW M. SAUL, Commissioner of
15   Social Security,
              Defendant.
16
17
18       IT IS HEREBY ADJUDGED that, for the reasons set forth in the
19   Memorandum Opinion and Order, the decision of the Commissioner of the Social
20   Security Administration is affirmed and this action is dismissed with prejudice.
21
22   DATED:  June 3, 2021
23
24                                    _____
                                      KAREN E. SCOTT
25                                    United States Magistrate Judge
26
27
28